# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 39 MAP 2025

    Appellee

    v.

MICHAEL ANGELO DIXON JR.,

    Appellant

COMMONWEALTH OF PENNSYLVANIA, : No. 40 MAP 2025

    Appellee

    v.

MICHAEL ANGELO DIXON JR.,

    Appellant

## ORDER

**PER CURIAM**

**AND NOW,** this 8th day of September, 2025, the Notices of Appeal are QUASHED. *See* 42 Pa.C.S. § 722 (delineating the type of common pleas court orders that may be appealed directly to this Court); Pa.R.A.P. 341(b) (defining final orders).